## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                             CASE NO.: 17-21240-LMI

MARIO GODEFOY AND GISELDA                          CHAPTER 13
DURAN MARTINEZ

    Debtor.
_____/

### UNITED STATES OF AMERICA'S RESPONSE TO DEBTORS' OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE [D.E. 55]

The United States of America, acting through the Department of Treasury— the Internal Revenue Service ("IRS"), hereby responds to the *Debtors' Objection to Claim* [ECF No. 55](the "Objection") and, in support thereof, states, as follows:

1. On September 1, 2017, the Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. On September 28, 2017, the IRS filed Proof of Claim No. 1-1 ("Claim No. 1-1"), setting forth a total claim of $12,448.55 owed by the Debtors comprised of an unsecured priority claim of $7,910.12, and a general unsecured claim of $4,538.43.

3. On November 28, 2017, the IRS filed Proof of Claim No. 1-2 ("Claim No. 1-2"), setting forth a total claim of $0.00 owed by the Debtors.

4. On February 22, 2019, the Debtors filed their Objection to both Claim No. 1-1 and Claim NO. 1-2 of the IRS, asserting that the "IRS is using this null claim as a placeholder. Thus, the claim should be stricken and disallowed since the [*sic*]do not have any tax liability."

5. The IRS is in the process of withdrawing Claim No. 1-2 and it will be filed with the Court in the next few days. Once the IRS files the notice of withdrawal of Claim No. 1-2, this Objection will be moot.

    Respectfully submitted,

    **ARIANA FAJARDO ORSHAN**
    **UNITED STATES ATTORNEY**

    By: *s/Marlene Rodriguez*
    Marlene Rodriguez
    Assistant United States Attorney
    Fl. Bar No. 120057
    E-mail: Marlene.Rodriguez@usdoj.gov
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33132
    Tel: (305) 961-9206
    Fax: (305) 530-7139
    *Counsel for United States of America*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

## **VIA CM/ECF:**

**17-21240-LMI Notice will be electronically mailed to:**

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ashley Prager Popowitz on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
Ashley.popowitz@mccalla.com, flbkecf@mccalla.com

Ella K Roberts on behalf of Creditor Nationstar Mortgage LLC
bkfl@albertellilaw.com, anhsalaw@infoex.com

Ella K Roberts on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
bkfl@albertellilaw.com, anhsalaw@infoex.com

Marlene Rodriguez on behalf of Creditor United States of America, IRS
marlene.rodriguez@usdoj.gov,
Shannon.patterson@usdoj.gov;Milton.pacheco@usdoj.gov

Robert Sanchez, Esq on behalf of Debtor Mario Godefoy
court@bankruptcyclinic.com, r51375@notify.bestcase.com

Robert Sanchez, Esq on behalf of Joint Debtor Giselda Duran Martinez
court@bankruptcyclinic.com, r51375@notify.bestcase.com

*s/Marlene Rodriguez*
Marlene Rodriguez