

**ORDERED in the Southern District of Florida on July 15, 2020.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                               CASE NO.: 17-21240-LMI

MARIO GODEFOY and                        CHAPTER 13
GISELA DURAN MARTINEZ,

    Debtors.
_____/

### AGREED ORDER SUSTAINING DEBTOR'S
### SECOND RENEWED OBJECTION TO AMENDED CLAIM 1-4 FILED BY THE
### INTERNAL REVENUE SERVICE [D.E. 81]

**THIS MATTER** having come before the Court upon the Debtors' Second Renewed Objection to Amended Claim 1-4 filed by the Internal Revenue Service [D.E. 81] (the "Objection"), and the Court having reviewed the Objection and being advised that the parties are in agreement as to the entry of this Order, it is:

**ORDERED AS FOLLOWS:**

1.    The Objection is **SUSTAINED.**

2.    Amended Claim 1-4 filed by the Internal Revenue Service ("IRS") in the amount of $7,910.12 for the 2014, 2015 and 2016 tax years is **STRICKEN** and **DISALLOWED**.

3.    Due to technological limitations, the IRS cannot withdraw electronically proofs of claim, but can file electronically an amended proof of claim. An amended proof of claim filed by the IRS in the amount of $0.00 operates as a *de facto* withdrawal of its claim. Nevertheless, debtors who wish to object to an amended proof of claim filed by the Internal Revenue Service and/or the Department of Justice may submit an agreed order striking the amended proof of claim consistent with this Order.

###

Submitted by:
Maureen Donlan
Assistant United States Attorney
Florida Bar No. 298034
E-mail: Maureen.Donlan@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9334
Fax: (305) 530-7139

Attorney Maureen Donlan is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.