UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 17-21240-LMI
    Mario  Godefoy
    Giselda  Duran Martinez
        Debtor(s).                                         Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On September 1, 2017 the instant case was filed.

2. On December 20, 2017 Debtor's Second Amended Chapter 13 plan was confirmed.

3. In Debtor's confirmed plan, the debtor is paying Nationstar Mortgage / DBA Mr. Cooper [POC#4-1].

4. Creditor filed a notice of mortgage payment change, wherein the regular payment of the Debtor's mortgage has changed.

5. Debtor desires to modify the plan in order to provide for the new payment.

6. Furthermore, on April 26, 2021, the Trustee issued a Notice of Delinquency.

7. The Debtor has been unable to become current in the required time frame.

8. The Debtor desires to Modify the plan in order to become current with the Chapter 13 plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's FOURTH Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on May 21, 2021: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161