**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

**MARIO GODEFOY**
*and* **GISELDA DURAN MARTINEZ**
*aka* **GISELDA DURAN**
*aka* **GISELDA DURAN-MARTINEZ**
*aka* **GISELDA GODEFOY**

**CASE NO.: 17-21240-LMI**
**CHAPTER: 13**

　　　　　**DEBTORS.**
_____/

## OBJECTION TO DEBTOR'S FIFTH MODIFIED CHAPTER 13 PLAN

**Select Portfolio Servicing, Inc.**, (the "Creditor") by and through its undersigned attorney, hereby objects to the Debtor's Fifth Modified Chapter 13 Plan (the "Plan") [DE #92]; and in support respectfully states the following grounds:

1) The Creditor holds a lien on the following property: 15616 SW 62nd Terrace Miami, FL 33193 (Loan No. 5203) (the "Subject Property").

2) Creditor filed a Proof of Claim #4 (the "Claim"). The Claim reflects a total secured amount of $378,138.00, a total secured arrearage in the amount of $27,184.21, and an ongoing post-petition payment of $1,117.56.

3) On July 15, 2021, the Debtor filed a Fifth Modified Plan [DE #92] proposing to pay $27,184.21 for prepetition arrearages and an ongoing, monthly payment of $1,234.10 Month 1 through 44, and $1,443.04 Month 45 through 60.

4) Based on the foregoing; Creditor objects to the proposed Plan treatment as the proposed ongoing, monthly payments are not consistent with Creditor's Proof of Claim and Notices of Payment Changes that have be filed with the Court.

5) Creditor's claim should be treated as fully-secured and cured pursuant to the Creditor's POC and Payment Changes.

*(this space intentionally left blank)*

ALAW FILE NO. 19-022868

6) Creditor reserves the right to amend this Objection.

WHEREFORE, **Select Portfolio Servicing, Inc.** respectfully requests the Court enter an Order denying the Debtor's Fifth Modified Chapter 13 Plan and for such other and further relief as the Court deems appropriate.

/s/ *Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 19-022868

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of August, 2021, I served a copy of the foregoing upon:

**SERVICE LIST**

Mario Godefoy
15616 SW 62 Terrace
Miami, FL 33193-2582

Giselda Duran Martinez
15616 SW 62 Terrace
Miami, FL 33193-2582

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    /s/ *Scott C. Lewis, Esq.*
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 19-022868