UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Case No. 17-21240-LMI
Mario Godefoy
Giselda Godefoy

Debtor(s).   Chapter 13
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Modify, the Seventh Modified Plan, and the Notice of Hearing was sent to all parties on the attached service list on January 25, 2022.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Mario & Giselda Godefoy,
15616 SW 62 Terrace
Miami, FL 33193-2582

All Creditors on the Matrix

Respectfully Submitted:
ROBERT SANCHEZ, P.A.
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
By: /s/ Robert Sanchez
Robert Sanchez, Esq., FBN#0442161