| **Fill in this information to identify the case:** |
| --- |
| Debtor 1        Mario Godefoy |
| Debtor 2        Giselda Duran Martinez aka Giselda Duran aka Giselda Duran-Martinez aka Giselda Godefoy |
| United States Bankruptcy Court for the: Southern District of Florida |
| Case number :    17-21240-LMI |

Official Form 410S1

# Notice of Mortgage Payment Change                                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| **Name of creditor:** | **US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust** | **Court claim no.** (if known): | **4** |
| --- | --- | --- | --- |
| **Last 4 digits** of any number you use to identify the debtor's account: | **3210** | **Date of payment change:** Must be at least 21 days after date of this notice | **04/01/2023** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$1,369.45** |

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $**611.22**             New escrow payment: $**622.89**

### Part : 2  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                                 New interest rate:
   Current Principal and interest payment:               New principal and interest payment:

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   Current mortgage payment:                             New mortgage payment:

Official Form 410S1                        Notice of Mortgage Payment Change                                          page 1

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Mario Godefoy | | Case number (if known) | 17-21240-LMI |
| | First Name   Middle Name   Last Name | | | |

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto                                         Date  03/02/2023
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 2nd day of March, 2023.

/S/ Christopher Giacinto

_____

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

**SERVICE LIST (CASE NO. 17-21240-LMI)**

Debtor
Mario Godefoy
15616 SW 62 Terrace
Miami, FL 33193-2582

Joint Debtor
Giselda Duran Martinez
15616 SW 62 Terrace
Miami, FL 33193-2582
aka Giselda Duran
aka Giselda Duran-Martinez
aka Giselda Godefoy

Attorney
Robert Sanchez, Esq
355 W 49th St
Hialeah, FL 33012-3715

Trustee
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

US Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

MARIO GODEFOY
15616 SW 62ND TER
MIAMI FL  33193

Analysis Date: February 23, 2023
Loan:
Property Address:
15616 SW 62ND TERRACE
MIAMI, FL  33193

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Apr 01, 2023 | Prior Esc Pmt | March 01, 2023 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $746.56 | $746.56 | P & I Pmt: | $746.56 | Due Date: | February 01, 2023 |
| Escrow Pmt: | $611.22 | $622.89 | Escrow Pmt: | $611.22 | Escrow Balance: | -$2,557.90 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $1,222.44 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $717.94 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $1,357.78 | $1,369.45 | Total Payment | $1,357.78 | Anticipated Escrow Balance: | -$2,053.40 |

| Shortage/Overage Information | Effective Apr 01, 2023 |
|---|---|
| Upcoming Total Annual Bills | $6,682.91 |
| Required Cushion | $1,113.82 |
| Required Starting Balance | $1,905.57 |
| Escrow Shortage | -$3,958.97 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,113.82. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,113.82 or 1/6 of the anticipated payment from the account.

** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.

This is a statement of actual activity in your escrow account from Dec 2022 to Mar 2023.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,084.57 | (4,865.50) |
| Dec 2022 | 542.28 | | 347.52 | 347.52 * | Lender Placed Hazard | 1,279.33 | (5,213.02) |
| Jan 2023 | 542.28 | | 347.52 | 347.52 * | Lender Placed Hazard | 1,474.09 | (5,560.54) |
| Feb 2023 | 542.28 | 2,600.99 | 347.52 | * | Lender Placed Hazard | 1,668.85 | (2,959.55) |
| Mar 2023 | 542.28 | | 347.52 | * | Lender Placed Hazard | 1,863.61 | (2,959.55) |
| | | | | | Anticipated Transactions | 1,863.61 | (2,959.55) |
| Feb 2023 | | P | | 358.97 | Lender Placed Hazard | | (3,318.52) |
| Mar 2023 | | 1,222.44 P | | 358.97 | Lender Placed Hazard | | (2,455.05) |
| | $2,169.12 | $3,823.43 | $1,390.08 | $1,412.98 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: February 23, 2023
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

**THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account
Your unpaid pre-petition escrow Amount is $401.65. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $9,676.91, Paid Pre-Petition Amount $9,275.26, Remaining Pre-Petition Amount $401.65.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (2,053.40) | 1,905.57 |
| Apr 2023 | 556.91 | 358.97 | Lender Placed Hazard | (1,855.46) | 2,103.51 |
| May 2023 | 556.91 | 358.97 | Lender Placed Hazard | (1,657.52) | 2,301.45 |
| Jun 2023 | 556.91 | 358.97 | Lender Placed Hazard | (1,459.58) | 2,499.39 |
| Jul 2023 | 556.91 | 358.97 | Lender Placed Hazard | (1,261.64) | 2,697.33 |
| Aug 2023 | 556.91 | 358.97 | Lender Placed Hazard | (1,063.70) | 2,895.27 |
| Sep 2023 | 556.91 | 358.97 | Lender Placed Hazard | (865.76) | 3,093.21 |
| Oct 2023 | 556.91 | 358.97 | Lender Placed Hazard | (667.82) | 3,291.15 |
| Nov 2023 | 556.91 | 2,375.27 | County Tax | (2,486.18) | 1,472.79 |
| Nov 2023 | | 358.97 | Lender Placed Hazard | (2,845.15) | 1,113.82 |
| Dec 2023 | 556.91 | 358.97 | Lender Placed Hazard | (2,647.21) | 1,311.76 |
| Jan 2024 | 556.91 | 358.97 | Lender Placed Hazard | (2,449.27) | 1,509.70 |
| Feb 2024 | 556.91 | 358.97 | Lender Placed Hazard | (2,251.33) | 1,707.64 |
| Mar 2024 | 556.91 | 358.97 | Lender Placed Hazard | (2,053.39) | 1,905.58 |
| | $6,682.92 | $6,682.91 | | | |

**G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is (2,053.40). Your starting balance (escrow balance required) according to this analysis should be $1,905.57. This means you have a shortage of 3,958.97. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 60 months. We anticipate the total of your coming year bills to be 6,682.91. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $556.91 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $65.98 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $622.89 |



If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826